UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SENEM ISIM, ET AL.,** | * | **CIVIL ACTION NO. 2:24-cv-1664** |
| Plaintiffs, | * | |
| **VERSUS** | * | **JUDGE JANE TRICHE MILAZZO** |
| **MAYNE PHARMA COMMERCIAL, LLC D/B/A MAYNE PHARMA, INC., ET AL.** | * | **MAGISTRATE JANICE VAN MEERVELD** |
| Defendants. | * | |

*******************************************

## O R D E R

Considering the foregoing Ex Parte Motion for Extension of Time;

**IT IS HEREBY ORDERED** that defendant Mayne Pharma Inc. be, and the same is hereby, **GRANTED** an extension of time until and including August 19, 2024, within which to file responsive pleadings in this matter.

New Orleans, Louisiana, this 30th day of July, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**